GEORGE E. NOWOTNY, SB# 150481
    E-Mail: nowotny@lbbslaw.com
KATHLEEN M. WALKER, SB# 156128
    E-Mail: kwalker@lbbslaw.com
JEFFREY S. HEALEY, SB# 217069
    E-Mail: healey@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendants, NEW VISTA HEALTH SERVICES, INC., MARIA ANGUIANO, MARI MARKELL, JOEL WALDMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

| | |
|---|---|
| MARGARET PRICE and NORWOOD PRICE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LOS ANGELES COUNTY SOCIAL SERVICES DEPARTMENT, LOS ANGELES COUNTY, SASHA LALA, LORENZA SANCHEZ, OFFICER JOHN PFROMMER, POLICE CHIEF SCOTT LACHASSE, THE CITY OF BURBANK, MARIA ANGUIANO, MARI MERKELL, JOEL WALDMAN, NEW VISTA HEALTH SERVICES, INC. and JANE DOES 1 through 10,<br><br>　　　　Defendants. | CASE NO. CV10-05754-GAF (JCX)<br><br>**ORDER RE MODIFIED STIPULATION FOR PROTECTIVE ORDER** |

After considering the Stipulated Protective Order filed jointly by all the parties herein, the Court orders as follows:

///

///

///

///

///

4832-1939-2265.1

[PROPOSED] ORDER RE: THE JOINT STIPULATION FOR PROTECTIVE ORDER

The Court hereby GRANTS a protective order consistent with the terms set forth in the Stipulated Protective Order, which was submitted to this Court by the parties on May 20, 2011 with the following modifications.

1. Paragraph 2, page 2, is modified to insert the word "nonpublic" before "probate files";

2. Paragraph 7, page 4, line 11 is modified as follows: The phrase "counsel shall file under seal" is replaced with "counsel shall submit for filing under seal in accordance with Civil Local Rule 79-5.1";

3. Paragraph 10, page 5, is modified as follows:

   a) The phrase "and filed under seal" is replaced with "and submitted for filing under seal in accordance with Civil Local Rule 79-5.1"; and

   b) In accordance with Paragraphs ID and IIA of Judge Feess' Standing Order Re: Protective Orders and Treatment of Confidential Information, the following is added to the end of Paragraph 10: "All Court orders will be presumptively available to the public. Therefore, if a protective order provides that evidence may be filed under seal and if a party does file such evidence under seal, all papers that refer to or rely upon such evidence shall designate the particular aspects that are confidential. This will enable the Court, in drafting orders, to determine whether there is evidence which the Court should attempt not to disclose. Absent such advance notification, the Court will be free to incorporate all such evidence in its written and oral rulings."

DATE: May 25, 2011

/s/
Hon. Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE